| | |
|---|---|
| 1 | BRANCART & BRANCART |
|   |    Christopher Brancart (SBN 128475) |
| 2 |    Liza Cristol-Deman (SBN 190516 |
|   | Post Office Box 686 |
| 3 | Pescadero, CA 94060 |
|   | Tel:   (650) 879-0141 |
| 4 | Fax:  (650) 879-1103 |
|   | cbrancart@brancart.com |
| 5 | lcristoldeman@brancart.com |
| 6 | Attorneys for Plaintiffs |

E-filing

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

BZ

SIGRID HAYES; L.H., B.H., and G.H., minors, by their Guardian ad Litem, SIGRID HAYES; RAFAEL LEON-FLORES; SARA LEON; A.L, A.M.L., and A.D.L., minors, by their Guardian ad Litem, RAFAEL LEON-FLORES,

    Plaintiffs,

vs.

JACK H. NEWELL, JR. and FRANK KLOBAS, in their capacities as Trustees of the BERNICE NEWELL TRUST and the JACK H. NEWELL, SR. AND BERNICE NEWELL TRUST, doing business as Salvador Mobile Estates; JACK H. NEWELL, JR. and WALTER A. NEWELL, doing business as Newell's Property Managers; MARTIN KRUGER; and, KATHERINE KRUGER,

    Defendants.

Case No. C 07 2818

PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM OF MINOR CHILDREN, A.L., A.M.L., AND A.D.L.; [PROPOSED] ORDER

Petitioner, Rafael Leon-Flores, represents:

1.    Petitioner is the natural father of A.L., who was born in 1990; A.M.L., who was born in 1993, and A.D.L., who was born in 1998. A.L., A.M.L., and A.D.L. are identified herein only by their initials and years of birth, pursuant to Local Rule 3-17.

2.    A.L., A.M.L., and A.D.L. are named as plaintiffs in this action. They have no general guardian other than petitioner and their mother, co-plaintiff Sara Leon, as

1 | parents, and no previous petition for appointment of a guardian ad litem has been filed
2 | in this action.
3 |     3.    Petitioner is competent and willing to act as guardian ad litem for his
4 | minor children.
5 |     WHEREFORE, petitioner prays that he be appointed guardian ad litem for his
6 | minor children, A.L., A.M.L., and A.D.L.
7 |     I declare under penalty of perjury under the laws of the United States that the
8 | foregoing is true and correct.
9 |     Dated: May 22, 2007.

*/s/ Rafael Leon-Flores*
Rafael Leon-Flores

**CERTIFICATION OF TRANSLATION**

I declare under the penalty of perjury under the law of the State of California and the United States of America that I have accurately translated this document from English into Spanish to the person whose signature appears above.

*/s/ Maria E. Esparza*    5-22-07
Maria Esparza    Date

**[PROPOSED] ORDER**

Based upon the foregoing petition and good cause appearing therefor, IT IS HEREBY ORDERED that Rafael Leon-Flores is appointed guardian ad litem in this action for A.L., A.M.L., and A.D.L., minors.

Dated: June 07

*/s/*
United States District Judge