```
BRANCART & BRANCART
    Christopher Brancart (SBN 128475)
    Liza Cristol-Deman (SBN 190516
Post Office Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103
cbrancart@brancart.com
lcristoldeman@brancart.com

Attorneys for Plaintiffs
```

E-filing

RECEIVED 07 MAY 30 ... RICHARD W... CLERK, U.S. DIST... NORTHERN DISTRICT... ORIGINAL

BZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Case No. C 07 2818

SIGRID HAYES; L.H., B.H., and G.H., minors, by their Guardian ad Litem, SIGRID HAYES; RAFAEL LEON-FLORES; SARA LEON; A.L, A.M.L., and A.D.L., minors, by their Guardian ad Litem, RAFAEL LEON-FLORES,

    Plaintiffs,

vs.

JACK H. NEWELL, JR. and FRANK KLOBAS, in their capacities as Trustees of the BERNICE NEWELL TRUST and the JACK H. NEWELL, SR. AND BERNICE NEWELL TRUST, doing business as Salvador Mobile Estates; JACK H. NEWELL, JR. and WALTER A. NEWELL, doing business as Newell's Property Managers; MARTIN KRUGER; and, KATHERINE KRUGER,

    Defendants.

PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM OF MINOR CHILDREN, L.H., B.H., AND G.H.; [PROPOSED] ORDER

Petitioner, Sigrid Hayes, represents:

1. Petitioner is the natural mother of L.H., who was born in 1991; B.H., who was born in 1994, and G.H., who was born in 1996. L.H., B.H., and G.H. are identified herein only by their initials and years of birth, pursuant to Local Rule 3-17.

2. L.H., B.H., and G.H. are named as plaintiffs in this action. They have no general guardian other than petitioner as parent, and no previous petition for

1 | appointment of a guardian ad litem has been filed in this action.
2 |     3.    Petitioner is competent and willing to act as guardian ad litem for her
3 | minor children.
4 |     WHEREFORE, petitioner prays that she be appointed guardian ad litem for her
5 | minor children, L.H., B.H., and G.H.
6 |     I declare under penalty of perjury under the laws of the United States that the
7 | foregoing is true and correct.
8 |     Dated:  May 12, 2007.


Sigrid Hayes

**[PROPOSED] ORDER**

Based upon the foregoing petition and good cause appearing therefor, IT IS HEREBY ORDERED that Sigrid Hayes is appointed guardian ad litem in this action for L.H., B.H., and G.H., minors.

Dated: 7 June 07

_____
United States ~~District~~ Judge