1  BRANCART & BRANCART
      Christopher Brancart (SBN 128475)
2     Liza Cristol-Deman (SBN 190516
   Post Office Box 686
3  Pescadero, CA 94060
   Tel:   (650) 879-0141
4  Fax:   (650) 879-1103
   cbrancart@brancart.com
5  lcristoldeman@brancart.com

6  Attorneys for Plaintiffs

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGRID HAYES; L.H., B.H., and G.H., minors, by their Guardian ad Litem, SIGRID HAYES; RAFAEL LEON-FLORES; SARA LEON; A.L, A.M.L., and A.D.L., minors, by their Guardian ad Litem, RAFAEL LEON-FLORES,<br><br>       Plaintiffs,<br><br>  vs.<br><br>JACK H. NEWELL, JR., in his capacity as Trustee of the BERNICE NEWELL TRUST and the JACK H. NEWELL, SR. AND BERNICE NEWELL TRUST, doing business as Salvador Mobile Estates; JACK H. NEWELL, JR. and WALTER A. NEWELL, doing business as Newell's Property Managers; MARTIN KRUGER; and, KATHERINE KRUGER,<br><br>       Defendants. | Case No. C 07-2818 BZ<br><br>PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT MARTIN KRUGER |

PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT
MARTIN KRUGER – CASE NO C 07-2818 BZ

1

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Liza Cristol-Deman (SBN 190516)<br>BRANCART & BRANCART<br>P.O. Box 686<br>Pescadero, CA 94060<br>TELEPHONE NO.: 650-879-0141   FAX NO. *(Optional):* 650-879-1103<br>E-MAIL ADDRESS *(Optional):* lcristoldeman@brancart.com<br>ATTORNEY FOR *(Name):* Plaintiffs | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF U.S. District Court
STREET ADDRESS: 450 Golden Gate Ave.
MAILING ADDRESS: same
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District of California

PLAINTIFF/PETITIONER: Sigrid Hayes et al.

DEFENDANT/RESPONDENT: Jack H. Newell, Jr. et al.

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL**

CASE NUMBER: C 07-2818 BZ

TO *(insert name of party being served):* MARTIN KRUGER

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: June 6, 2007

Liza Cristol-Deman
(TYPE OR PRINT NAME)

▶ *[signature]*
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*

1. [✓] A copy of the summons and of the complaint.
2. [✓] Other *(specify):*

(1) Postage paid envelope to Brancart & Brancart; (2) Order Setting Init. Case Management Conf. and Deadlines; (3) Standing Order for All Judges of the N. D. of Cal. (4) Standing Orders; (5) Notice of Assignment of Case to U.S. Magistrate Judge for Trial; (6) Welcome to the U.S. District Court, SF; (7) ECF Reg. Information Handout; (8) Amended Order Setting Init. Case Mgmt Conf.

*(To be completed by recipient):*

Date this form is signed: 6/8/07

Martin Kruger
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ *[signature]*
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com