| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Liza Cristol-Deman, 190516<br>BRANCART & BRANCART<br>P.O. Box 686<br>Pescadero, CA 94060 | (650) 879-0141 | FILED<br>07 JUN 18 PM 3:05<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Salvador | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Sigrid Hayes, et al.

DEFENDANT:
Jack H. Newell, Jr., et al.

**PROOF OF SERVICE**

| DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C-07-2818 BZ |
|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Amended Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Assignment of Case to a U.S. Magistrate Judge for Trial; Petition for Appointment of Guardiam Ad Litem of Minor Children; ECF Registration Information Handout; Guidelines for Filing.

2. Party Served:          Walter A. Newell

3. Person Served:         party in item 2

   a. Left with:          Dolly Wilson- Person in Charge of Office

4. Date & Time of Delivery:   June 12, 2007         1:36 pm

5. Address, City and State:   4171 Suisun Valley Rd.
                              Fairfield, CA  94534

6. Manner of Service:     By leaving the copies with or in the presence of Dolly Wilson, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

104.00

Registered California process server.
County: SOLANO
Registration No.:315
Expiration: April 1, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on June 15, 2007 at Oakland, California.

Signature: _Kristie Moralez_

Kristie Moralez

FF# 6642021

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Liza Cristol-Deman, 190516<br>BRANCART & BRANCART<br>P.O. Box 686<br>Pescadero, CA 94060 | (650) 879-0141 | |
| | Ref. No. or File No.<br>Salvador | |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Sigrid Hayes, et al.

DEFENDANT:

Jack H. Newell, Jr., et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C-07-2818 BZ |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On June 15, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Summons; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Amended Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Assignment of Case to a U.S. Magistrate Judge for Trial; Petition for Appointment of Guardiam Ad Litem of Minor Children; ECF Registration Information Handout; Guidelines for Filing.

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

Walter A. Newell
4171 Suisun Valley Rd.
Fairfield, CA 94534

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

104.00

Alexandria Greenlow
One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on June 15, 2007 at Oakland, California.

Alexandria Greenlow

FF# 6642021