UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIGRID HAYES et al.,

    Plaintiff(s),

v.

JACK H. NEWELL, JR., et al.,

    Defendant(s).
_____/

No. C 07-2818 BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 6-21-07

Signature: [signature]

Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")