1  BRANCART & BRANCART
       Christopher Brancart (SBN 128475)
2      Liza Cristol-Deman (SBN 190516)
   Post Office Box 686
3  Pescadero, CA 94060
   Tel:   (650) 879-0141
4  Fax:   (650) 879-1103
   cbrancart@brancart.com
5  lcristoldeman@brancart.com

6  Attorneys for Plaintiffs

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  SIGRID HAYES; L.H., B.H., and G.H., minors, by their Guardian ad Litem, SIGRID HAYES; RAFAEL LEON-FLORES; SARA LEON; A.L, A.M.L., and A.D.L., minors, by their Guardian ad Litem, RAFAEL LEON-FLORES,<br><br>14          Plaintiffs,<br><br>15      vs.<br><br>16  JACK H. NEWELL, JR., in his capacity as Trustee of the BERNICE NEWELL TRUST and the JACK H. NEWELL, SR. AND BERNICE NEWELL TRUST, doing business as Salvador Mobile Estates; JACK H. NEWELL, JR. and WALTER A. NEWELL, doing business as Newell's Property Managers; MARTIN KRUGER; and, KATHERINE KRUGER ,<br><br>22          **Defendants.** | Case No. C 07-2818 SBA<br><br>STIPULATION EXTENDING TIME FOR DEFENDANTS JACK H. NEWELL, JR. AND WALTER NEWELL TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT |

23      Pursuant to Local Rule 6-1(a), the parties to this matter hereby stipulate to

24  extend the time for defendants Jack H. Newell, Jr., in his capacity as Trustee of the

25  Bernice Newell Trust and the Jack H. Newell Sr. and Bernice Newell Trust, doing

26  business as the Salvador Mobile Estates; and, Jack H. Newell, Jr. and Walter A.

27  Newell, doing business as Newell's Property Managers, to file a response to plaintiffs'

28  complaint in this matter.  The parties stipulate that these defendants shall have until

---

**STIPULATION EXTENDING TIME FOR DEFENDANTS  JACK H. NEWELL, JR. AND WALTER NEWELL TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT - CASE NO. 07-2818 SBA**

1  July 31, 2007 to file a response to the complaint.

2     This extension does not alter the date of any event or deadline already fixed by

3  Court order.

4     So stipulated.

Respectfully submitted,
BRANCART & BRANCART

Dated: 6-29-07

*/s/ Liza Cristol-Deman*
Liza Cristol-Deman
Attorneys for Plaintiffs

Dated: 6-29-07

*/s/ Walter Newell*
Walter Newell, In Pro Per
On behalf of defendants Walter Newell
and Jack H. Newell, Jr.

STIPULATION EXTENDING TIME FOR DEFENDANTS JACK H. NEWELL, JR. AND WALTER
NEWELL TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT - CASE NO. 07-2818 SBA

2