1  ANTHONY C. RODRIGUEZ (State Bar No. 122479)
   LAW OFFICE OF ANTHONY C. RODRIGUEZ
2  1425 LEIMERT BOULEVARD, SUITE 101
   OAKLAND, CALIFORNIA  94602
3  Telephone:  (510) 336-1536
   Facsimile:  (510) 336-1537
4  email: arodesq@pacbell.net

5

   Attorney for Defendants Jack H. Newell, Jr.,
6  in his capacity as Trustee of the Bernice Newell
   Trust and the Jack H. Newell, Sr. and Bernice
7  Newell Trust, doing business as Salvador Mobile
   Estates; Jack H. Newell, Jr. and Walter A. Newell,
8  doing business as Newell's Property Management;
   Martin Kruger and Katherine Kruger
9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13  Sigrid Hayes; L.H., B.H., and G.H.,        )   Case No.  C 07 2818 SBA
    minors, by their Guardian ad Litem,        )
14  Sigrid Hayes; Rafael Leon-Flores;          )
    Sara Leon; A.L., A.M.L., and A.D.L.,       )   CERTIFICATION OF
15  minors, by their Guardian ad Litem,        )   INTERESTED PARTIES OR
    Rafael Leon-Flores,                        )   PERSONS
16                                             )
                                               )
17              Plaintiffs,                    )
                                               )
18  vs.                                        )
                                               )
19  Jack H. Newell, Jr., in his capacity as    )
    trustee of the Bernice Newell Trust        )
20  and the Jack H. Newell, Sr. and Bernice    )
    Newell Trust, doing business as            )
21  Salvador Mobile Estates; Jack H.           )
    Newell, Jr. and Walter A. Newell,          )
22  doing business as Newell's Property        )
    Management; Martin Kruger and              )
23  Katherine Kruger,                          )
                                               )
                                               )
24              Defendants.                    )
25  _____)

26

27

28

CERTIFICATION OF INTERESTED PARTIES OR PERSONS                        Case No. C 07 2818

- 1 -

## CERTIFICATION OF INTERESTED PERSONS OR ENTITIES

Pursuant to Civil LR 3-16, the undersigned certifies that the following listed persons, firms, partnerships, corporations or other entities may have (1) a financial interest in the subject matter in controversy or in a party to the proceedings, or (2) a non financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| | | |
|---|---|---|
| 1. | The Mary B. Wiley Living Trust | Possible ownership interest in park |
| 2. | Hugh E. McMahon Trust | Possible ownership interest in park |
| 3. | David J. McCarroll Testamentary Trust | Possible ownership interest in park |
| 4. | Sunday Coony-Moylan | Possible ownership interest in park |
| 5. | Summer Peyton | Possible ownership interest in park |
| 6. | Frank Koblas | Trustee and possible ownership interest in park |
| 7. | Mary B. Wiley | Trustee and possible ownership interest in park |
| 8. | Hugh E. McMahon | Trustee and possible ownership interest in park |

Dated: July 26, 2007          Respectfully submitted,

s/Anthony C. Rodriguez
Anthony C. Rodriguez
Attorney for Defendants

1                                                     Case No. C-07-2818 SBA

## PROOF OF SERVICE BY MAILING

I declare I am employed in the County of Alameda, California. I am over the age of 18 years and I am not a party to the within cause. My business address is 1425 Leimert Boulevard, Suite 101, Oakland, California 94602.

On July 26, 2007 I served the following document:

1.    CERTIFICATION OF INTERESTED PARTIES OR PERSONS

on the following by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at Oakland, California, addressed as follows:

        Liza Cristol-Deman
        Brancart & Brancart
        Post Office Box 686
        Pescadero, California 94060

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 26, 2007 at Oakland, California.

                            s/ Anthony C. Rodriguez
                            Anthony C. Rodriguez