UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SIGRID HAYES, ET. AL.

                Plaintiff(s),

                v.

JACK H. NEWELL, JR., ET. AL.

                Defendant(s).
_____/

CASE NO. C 07 2818 SBA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they ~~have met and conferred regarding ADR and that they:~~

✔   have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 9/17/07 CMC VACATED

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| ANTHONY C. RODRIGUEZ | ALL DEFENDANTS | 510-336-1536 | arodesq@pacbell.net |
| LIZA CRISTOL-DEMAN | ALL PLAINTIFFS | 650-879-0141 | lcristoldeman@brancart.com |
|  |  |  |  |
|  |  |  |  |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

Dated: 8/27/07_____

                                                Attorney for Plaintiff
                                                s/Anthony C. Rodriguez
                                                Attorney for Defendant

Rev 12.05 | When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."