1  BRANCART & BRANCART
       Christopher Brancart (SBN 128475)
2      Liza Cristol-Deman (SBN 190516)
   Post Office Box 686
3  Pescadero, CA 94060
   Tel:   (650) 879-0141
4  Fax:   (650) 879-1103
   cbrancart@brancart.com
5  lcristoldeman@brancart.com

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 SIGRID HAYES; et al.,              )  Case No. CV 07-2818 SBA
                                      )
11            Plaintiffs,             )  UPDATED JOINT CASE
                                      )  MANAGEMENT STATEMENT
12     vs.                            )
                                      )
13 JACK H. NEWELL, JR., in his        )  Case Management Conference:
   capacity as Trustee of the BERNICE )  Date:  November 7, 2007
14 NEWELL TRUST and the JACK H.       )  Time:  3:00 p.m.
   NEWELL, SR. AND BERNICE            )  Place: Telephonic
15 NEWELL TRUST, doing business as    )
   Salvador Mobile Estates; et al.,   )
16                                    )
              **Defendants.**         )
17 _____)

18     Pursuant to the Case Management Scheduling Order for Reassigned Cases, filed October 1,

19 2007, the parties hereby submit their updated joint case management statement.

20     The parties originally filed a joint case management statement on September 10, 2007. A

21 copy of that statement is attached hereto for the convenience of the Court.

22     Since the parties filed their original joint case management statement, the ADR Department

23 has scheduled a phone conference to discuss ADR options with the parties. That phone conference

24 is scheduled for November 5, 2007. At the phone conference, the parties will request a referral to

25 an early settlement conference with a magistrate judge.

26     In addition, the parties have served their initial disclosures. Depositions and written

27 responses to the discovery referenced in the joint statement have been postponed by agreement of

28 the parties. Defendant Katherine Kruger's deposition is now set for November 14, 2007, and

UPDATED JOINT CASE MANAGEMENT STATEMENT; CASE NO. CV 07-2818 SBA

1

1  defendants' responses to interrogatories and document requests are due on November 2̶1̶, 2007. No

2  other discovery has been served.

3      There are no other changes or updates to report.

Respectfully submitted,

BRANCART & BRANCART

Dated: Oct. 29, 2007.

/s/ Liza Cristol-Deman
Liza Cristol-Deman
Attorneys for Plaintiffs

LAW OFFICE OF ANTHONY C. RODRIGUEZ

Dated: Oct. 29, 2007.

s/Anthony C. Rodriguez
Anthony C. Rodriguez
Attorney for Defendants

UPDATED JOINT CASE MANAGEMENT STATEMENT; CASE NO. CV 07-2818 SBA

2