# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 11/7/07

C-07-02818 SBA          **JUDGE:** **SAUNDRA BROWN ARMSTRONG**

**Title:** HAYES ET AL vs. NEWELL ET AL
**Atty.:** LIZA CRISTOL-DEMAN       ANTHO7NY RODRIQUEZ

**Deputy Clerk:** Lisa R. Clark        **Court Reporter:** N/R
**PROCEEDINGS**
Plt   DFT
( )  ( ) **1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD**
( )  ( ) **2.**
( )  ( ) **3.**
( )  ( ) **4.**
( ) Motion(s)    ( ) Granted    ( ) Denied    ( ) Off Calendar
              ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( )Deft  (X) Court

### RESULT OF CASE MANAGEMENT CONFERENCE
Case Continued to_____ for a Telephone Case Management Conference at  p.m.
Case Continued to_____ for  OSC RE:_____
Case Continued to_____ for_____ Motion Hearing
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
General Discovery Cut-off **7/18/08**     Expert Discovery Cut-off **8/22/08**
Plft to name Experts by **6/27/08**    Deft to name Experts by **6/27/08**
All Dispositive Motions to be heard by ( Motion Cut-off) **9/9/08**
Case Continued to **10/21/08**     for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due **9/30/08** Motions in limine/objections to evidence due **10/7/08**   Responses to motions in limine and/or responses to objections to evidence due **10/14/08**
Case Continued to **11/3/08** for Trial(Court/**Jury:** **5-7** Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE   TO BE ASSIGNED   FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 **Notes:** CASE REFERRED TO MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE FORTHWITH AND IN ADDITION A MANDATORY SETTLEMENT CONFERENCE BETWEEN 9/10-9/29/08 BEFORE THE SAME MAGISTRATE JUDGE; THIS MATTER SHOULD NOT BE ASSIGNED TO MAGISTRATE'S LAPORTE OR ZIMMERMAN
cc: WINGS HOM VIA EMAIL