**BRANCART & BRANCART**
ATTORNEYS AT LAW

*Christopher Brancart*
*Elizabeth Brancart*
*Liza Cristol-Deman*

P.O. BOX 686
PESCADERO, CA 94060

*Telephone (650) 879-0141*
*Facsimile (650) 879-1103*
*www.brancart.com*

Street Address
8205 Pescadero Road
Loma Mar, California 94021

November 16, 2007

VIA FACSIMILE AND E-FILING

The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court
450 Golden Gate Ave.
San Francisco, CA 94102

    Re:   *Sigrid Hayes, et al. v. Jack H. Newell, Jr., et al.*,
           Case No. C 07-2818 SBA (JCS)

Dear Magistrate Judge Spero:

    I represent the plaintiffs, Sigrid Hayes, Rafael Leon-Flores, Sara Leon, and their minor children, in the above-referenced matter. Earlier this week, Mary Ann from your staff kindly assisted the parties in setting a settlement conference date of December 18, 2007.

    I write the Court to seek permission for two of my clients, Mr. Leon-Flores and Ms. Leon, to appear at the settlement conference via telephone stand-by. Mr. Leon-Flores and Ms. Leon will be in Mexico from December 1, 2007 through January 10, 2008. Their stay in Mexico must extend for this period in part because of the recent death of a close family member. Mr. Leon-Flores and Ms. Leon will stay in Mexico to assist with the arrangements for her burial and the care of her minor children. It simply will not be possible to have them present in San Francisco for a settlement conference until mid January 2008. All parties, however, wish to have an early settlement conference in December if possible and would prefer not to wait until the next available date on the Court's calendar in March 2008. For these reasons, Mr. Leon-Flores and Ms. Leon request to appear by phone.

    I have consulted with my opposing counsel, Mr. Anthony Rodriguez, regarding this request. Mr. Rodriguez has no objection.

    Please let me know if the Court has any concerns about this request, or if a formal application and proposed order should be filed.

Hon. Joseph C. Spero
November 16, 2007
Page 2

    Thank you very much for your consideration.

                    Sincerely yours,

                    Liza Cristol-Deman
                    Attorney for Plaintiffs

cc:    Mr. Anthony Rodriguez
        Attorney for Defendants

DATED: November 20, 2007



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA