# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.: C07-2818 SBA (JCS)**

**CASE NAME: Sigrid Hayes, et al v. Jack H. Newell, et al.**

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY:  Karen Hom**

**DATE: Dec. 18, 2007      TIME: 1.5 hrs**     **COURT REPORTER: <u>Debra Pas</u>**

**<u>COUNSEL FOR PLAINTIFF:</u>**     **<u>COUNSEL FOR DEFENDANT:</u>**
**Liza Cristol-Deman**     **Anthony C. Rodriguez**

---

**PROCEEDINGS**

X    SETTLEMENT CONFERENCE          ☐    FURTHER SETTLEMENT CONFERENCE

☐    DISCOVERY CONFERENCE

☐    STATUS CONFERENCE RE:

☐    TELEPHONIC CONFERENCE RE:

☐    OTHER:

CASE CONTINUED TO:                              FOR

NOTES:

Case settled. Settlement placed on the record.

CC:     Chambers, Lisa