UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGRID HAYES, ET AL., | No. C-07-02818 SBA (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| JACK H. NEWELL, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **February 13, 2008, at 2:30 p.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Lead trial counsel on both sides and all parties shall appear **in person** at the Settlement Conference.

IT IS SO ORDERED.

Dated: February 8, 2008

JOSEPH C. SPERO
United States Magistrate Judge