BRANCART & BRANCART
   Christopher Brancart (SBN 128475)
   Liza Cristol-Deman (SBN 190516)
Post Office Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103
cbrancart@brancart.com
lcristoldeman@brancart.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGRID HAYES; L.H., B.H., and G.H., minors, by their Guardian ad Litem, SIGRID HAYES; RAFAEL LEON-FLORES; SARA LEON; A.L, A.M.L., and A.D.L., minors, by their Guardian ad Litem, RAFAEL LEON-FLORES,<br><br>    Plaintiffs,<br><br>vs.<br><br>JACK H. NEWELL, JR., in his capacity as Trustee of the BERNICE NEWELL TRUST and the JACK H. NEWELL, SR. AND BERNICE NEWELL TRUST, doing business as Salvador Mobile Estates; JACK H. NEWELL, JR. and WALTER A. NEWELL, doing business as Newell's Property Managers; MARTIN KRUGER; and, KATHERINE KRUGER,<br><br>    Defendants. | Case No. C 07-2818 SBA (JCS)<br><br>[PROPOSED] CONSENT DECREE AND FINAL ORDER |

    This action was brought by plaintiffs alleging that defendants violated the federal Fair Housing Act, 42 U.S.C. section 3601 *et seq.* and related state laws by discriminating against families with children on the basis of familial status at the Salvador Mobile Estates, a mobile home park located in Napa, California. Plaintiffs also brought common law causes of action related to their residency at Salvador Mobile Estates. Defendants have denied that they discriminated based on familial status or

[PROPOSED] CONSENT DECREE AND FINAL ORDER – CASE NO. C 07-2818 SBA (JCS)

1

otherwise violated any of the laws alleged by plaintiffs.

The parties have agreed that in order to avoid protracted and costly litigation the controversy should be resolved without a trial or adjudication on the merits and therefore have consented to entry of this decree and order. By entering into this consent decree and final order ("order"), defendants make no admission of liability or wrongdoing in connection with the allegations and claims made by plaintiffs.

It is hereby ordered, adjudged and decreed that:

1. Defendants shall make a payment to plaintiffs in the amount of $90,000 (ninety thousand dollars) in the form of a check or checks made payable to the Attorney-Client Trust Account of Brancart & Brancart. This amount is inclusive of all damages and attorneys' fees and costs to be paid to plaintiffs. Defendants shall deliver this payment to plaintiffs' counsel no later than February 12, 2008,

2. Plaintiffs and defendants shall execute mutual waivers and releases indicating that this consent decree and final order constitutes a full and final settlement of any and all claims that they have related to the subject matter of this lawsuit. Those mutual waivers and releases shall include a waiver of all known and unknown claims and a waiver of the rights of all parties under California Civil Code section 1542.

3. Defendants[1], their employees, agents and all others acting on their behalf shall comply with the following terms during the duration of this order:

(a) Defendants shall comply with all federal and state housing discrimination laws;

(b) Defendants shall append a statement to all new rental agreements to the effect that they are an equal opportunity mobile home park and do not engage in housing discrimination based on race, color, national origin or ethnicity, familial status,

---

[1] Defendants Martin Kruger and Katherine Kruger represent that they no longer work in the field of residential property management. Accordingly, the parties agree that Mr. and Mrs. Kruger will not be bound by the terms of injunctive relief stated herein; provided, however, that the Krugers must comply with paragraphs 3(a) and 3(e) if they work in the field of residential property management during the effective period of this order.

**[PROPOSED] CONSENT DECREE AND FINAL ORDER – CASE NO. C 07-2818 SBA (JCS)**

2

1 disability or handicap, gender, religion, marital status, age, sexual orientation, source of
2 income, or any other forms of arbitrary discrimination prohibited by law.

3     (c)    Defendants shall provide a copy of the HUD pamphlet entitled "Are you
4 the victim of housing discrimination?" (HUD official form 903.1)[2] to all prospective and
5 current residents;

6     (d)    Defendants shall display a fair housing poster, HUD form 928, in a
7 conspicuous location in the manager's office and another common area, such as the
8 laundry room, at the Salvador Mobile Estates;

9     (e)    Defendants shall attend and pay for their managers to attend a fair
10 housing training once per year conducted by Fair Housing Napa Valley;

11     (f)    Defendants shall keep copies of all rental documents, including rental
12 applications, supporting documentation, rental agreements, rules, notices, and eviction-
13 related documents for a period of not less than three years; and,

14     (g)    Defendants shall provide a written document to Fair Housing Napa Valley
15 every year certifying that defendants have complied with the terms of the consent
16 decree for the previous year.

17     4.    This order shall be in effect for a period of three years from the date of
18 entry and the Court shall retain jurisdiction for purposes of enforcement. This order will
19 terminate at the end of the three-year period.

20     5.    Defendants have amended the rules and regulations that were challenged
21 by plaintiffs in this action. Plaintiffs have reviewed the current version of defendants'
22 rules and regulations, entitled "Salvador Mobile Estates Community Rules and
23 Regulations." A copy of the current rules and regulations is attached hereto as Exhibit
24 1. Plaintiffs agree that, on their face, the current rules and regulations do not violate the
25 Fair Housing Act or related state laws prohibiting discrimination in housing, including
26 discrimination based on familial status.

27
28
    [2]Copies of HUD forms are available free of charge by calling HUD at (800) 669-9777, or on HUD's website, located at www.hud.gov.

**[PROPOSED] CONSENT DECREE AND FINAL ORDER – CASE NO. C 07-2818 SBA (JCS)**

**3**

6. The parties agree to provide at least 30 days notice and an opportunity to cure in the event that a dispute arises or a violation of this Order is suspected before filing any action to enforce. The parties further agree that they will exhaust good faith mediation attempts before requesting the assistance of the Court in resolving any disputes that arise under the terms of this order.

Ordered this _____ day of _____, 2008.


_____
Hon. Saundra B. Armstrong
United States District Judge


Approved as to content and form:

BRANCART & BRANCART

*/s/ Liza Cristol-Deman*
_____
Liza Cristol-Deman
Attorneys for Plaintiffs


LAW OFFICE OF ANTHONY C. RODRIGUEZ

*/s/ Anthony C. Rodriguez*
_____
Anthony C. Rodriguez
Attorneys for Defendants

[PROPOSED] CONSENT DECREE AND FINAL ORDER – CASE NO. C 07-2818 SBA (JCS)

4