```
BRANCART & BRANCART
    Christopher Brancart (SBN 128475)
    Liza Cristol-Deman (SBN 190516
Post Office Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103
cbrancart@brancart.com
lcristoldeman@brancart.com
```

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGRID HAYES; L.H., B.H., and G.H., minors, by their Guardian ad Litem, SIGRID HAYES; RAFAEL LEON-FLORES; SARA LEON; A.L, A.M.L., and A.D.L., minors, by their Guardian ad Litem, RAFAEL LEON-FLORES,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>JACK H. NEWELL, JR., in his capacity as Trustee of the BERNICE NEWELL TRUST and the JACK H. NEWELL, SR. AND BERNICE NEWELL TRUST, doing business as Salvador Mobile Estates; JACK H. NEWELL, JR. and WALTER A. NEWELL, doing business as Newell's Property Managers; MARTIN KRUGER; and, KATHERINE KRUGER,<br><br>　　　　Defendants. | Case No. C 07-2818 SBA (JCS)<br><br>JOINT APPLICATION AND STIPULATION FOR ISSUANCE OF DISMISSAL OF ACTION SUBJECT TO CONSENT DECREE; [PROPOSED] ORDER |

The parties hereby apply for and stipulate to issuance of an order dismissing this action in its entirety with prejudice, subject to the terms of the consent decree and final

///
///
///
///

---

**JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION SUBJECT TO CONSENT DECREE; [PROPOSED] ORDER – CASE NO. C-07-2818 SBA (JCS)**

1

1 | order filed by the parties.
2 | So stipulated.
3 |
4 | Dated: ~~December __, 2007~~. Feb. 12, 2008
5 |
6 |
7 |
8 | Dated: ~~December __, 2007~~. February 11, 2008
9 |
10 |
11 |
12 |

BRANCART & BRANCART

_____
Liza Cristol-Deman
Attorney for Plaintiffs

LAW OFFICE OF ANTHONY C. RODRIGUEZ

_____
Anthony C. Rodriguez
Attorney for Defendants

JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION SUBJECT TO CONSENT DECREE; [PROPOSED] ORDER – CASE NO. C-07-2818 SBA (JCS)

2

1 **[PROPOSED] ORDER**

2 Based upon the foregoing application and stipulation and good cause appearing
3 therefor, it is hereby ordered that this action is dismissed in its entirety, subject to the
4 terms of the consent decree and final order and mutual release executed by the parties.

5 IT IS SO ORDERED.

6 Dated: _____, 2007.

8 _____
Honorable Saundra B. Armstrong
9 United States District Judge

JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION SUBJECT TO
CONSENT DECREE; [PROPOSED] ORDER – CASE NO. C-07-2818 SBA (JCS)

3