**United States District Court**
For the Northern District of California

1
2
3
4
5           UNITED STATES DISTRICT COURT
6           NORTHERN DISTRICT OF CALIFORNIA
7
8  SIGRID HAYES, ET AL.,                    Case No. C-07-02818 SBA (JCS)
9           Plaintiff(s),
10     v.                                   **CLERK'S NOTICE VACATING SETTLEMENT CONFERENCE**
11 JACK H. NEWELL, JR., ET AL.,
12          Defendant(s).
13  _____/
14 TO ALL PARTIES AND COUNSEL OF RECORD:
15     The parties to this matter have advised the Court that they have agreed to a settlement.
16 Therefore, you are hereby notified that the Further Settlement Conference set for February 13, 2008,
17 at 2:30 p.m., before the Honorable Joseph C. Spero is VACATED.
18
19 Dated: February 13, 2008          RICHARD W. WIEKING, CLERK
20
21                                   By: /s/ Mary A. Macudzinski-Gomez
                                         Deputy Clerk
22
23
24
25
26
27
28