BRANCART & BRANCART
   Christopher Brancart (SBN 128475)
   Liza Cristol-Deman (SBN 190516)
Post Office Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103
cbrancart@brancart.com
lcristoldeman@brancart.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGRID HAYES; L.H., B.H., and G.H., minors, by their Guardian ad Litem, SIGRID HAYES; RAFAEL LEON-FLORES; SARA LEON; A.L, A.M.L., and A.D.L., minors, by their Guardian ad Litem, RAFAEL LEON-FLORES,<br><br>     Plaintiffs,<br><br>vs.<br><br>JACK H. NEWELL, JR., in his capacity as Trustee of the BERNICE NEWELL TRUST and the JACK H. NEWELL, SR. AND BERNICE NEWELL TRUST, doing business as Salvador Mobile Estates; JACK H. NEWELL, JR. and WALTER A. NEWELL, doing business as Newell's Property Managers; MARTIN KRUGER; and, KATHERINE KRUGER,<br><br>     Defendants. | Case No. C 07-2818 SBA<br><br>EXHIBIT 1 TO [PROPOSED] CONSENT DECREE AND FINAL ORDER (REVISED) [DOCKET 35] |

//
//

EXHIBIT 1 TO [PROPOSED] CONSENT DECREE AND FINAL ORDER (REVISED) [DOCKET 35]

Effective August 1, 2007
or upon signing.

# SALVADOR MOBILE ESTATES
## 4421 Solano Avenue, Napa, CA 94558
### COMMUNITY RULES AND REGULATIONS

### SALVADOR MOBILE ESTATES IS A COMMUNITY FOR RESIDENTS OF ALL AGES

Definitions:
  "Community" means Salvador Mobile Estates, the mobilehome park.
  "Consent" or "approval," when used in combination with Management or Park, means Management's prior written consent or approval. Consent or approval must be in writing to be valid.
  "Home" means a mobilehome or a recreational vehicle used as a dwelling in the Community.
  "Homeowner" or "Resident" means a person authorized in writing by Management to reside in the Community and who has a tenancy in Community under a rental agreement.
  "Lot," "Homesite," or "Space" means the area of land that has been designated for the placement and maintenance of a home under a rental agreement, is identified by a number, and delimited by corner markers.
  "Management or Park" means the owners or management of Salvador Mobile Estates.
  "Mobilehome" means mobilehome as defined by the California Health & Safety Code.
  "RV" means recreational vehicle as defined in the California Health & Safety Code.

1. **PERMISSIBLE USE OF LOT:** The Homesite shall be used for the placement of one mobilehome (home) for the sole purpose of using it as a residence. A home may not be installed or replaced without first obtaining Management's prior written consent and all necessary permits. The Homesite shall remain accessible to Management at all times so that Management may enter to read meters, to perform periodic inspections, to facilitate repairs or installation of park-owned equipment or facilities, to permit maintenance of the space in accordance with Civil Code Sections 798.26 and 798.37.5, to do other work as described in the rental agreement, or for emergencies for the protection of the Community. The costs of repairs or maintenance required as a result of the neglect or misuse of the premises by the Residents, members of their household, or their guests or invitees, shall be paid for by the Resident. No commercial business shall be conducted in the Community.

2. **BUSINESS USE:** The Community and its address may not be used for the purpose of conducting any enterprise, business, or advertising the sale of automobiles, recreational vehicles, or any other merchandise. No "For Sale" signs are permitted other than as specifically provided for under California Civil Code section 798.70 for the sale of the mobilehome. Garage sales and yard sales are prohibited.

3. **OCCUPANCY:** Occupancy in a mobilehome is limited to two (2) persons per bedroom plus one (1) person. A bedroom is a room originally designed by the home manufacturer as sleeping quarters and contains a closet. Except as provided by California Civil Code sections 798.34(b) & (c) or 798.23.5 and as otherwise specifically provided by law or these rules, only the registered owners of the home who have a tenancy with Park under a written rental agreement and the registered owner's immediate family as defined in Civil Code section 798.35, are permitted to reside on the Homesite. Management's prior written consent is required before adding any new adult occupants to a Homesite.

4. **SUBLETTING:**

    (a) RESIDENT SHALL NOT SUBLET THE MOBILEHOME OR THE PREMISES IN THE WHOLE OR ANY PART. Renting out the mobilehome or subletting the Homesite or any part is strictly prohibited, except as required by law and permitted by these rules. With prior written permission of Park, a Resident who has resided in the Community for at least one year may sublet their mobilehome that serves as the Resident's primary residence if a medical emergency or medical treatment requires the homeowner to be absent from his or her home and this is confirmed in writing by an attending physician. A subtenancy under this provision shall be governed by Civil Code section 798.23.5 and these rules.

    (b) Subtenants under California Civil Code section 798.23.5 must be approved by Management and the Resident will be required to resubmit a security deposit in an amount of two months' rent in addition to the first month's rent under the subtenancy if management has already refunded the Resident's security deposit.

    (c) The minimum term of the rental or sublease under section 798.23.5 shall be six months, unless the management approves a shorter term, but no greater than 12 months, unless management approves a longer term. Management is not obligated to approve a shorter or longer term.

    (d) An application and credit screening fee will be required for subtenants under this provision. Unless written permission is received from management otherwise, Resident may charge a section 798.23.5 subtenant no more than an amount necessary to cover the cost of space rent, utilities, and scheduled loan payments on the mobilehome, if any.

    (e) Assignment of a lease or any tenancy rights is void, except a long term lease which may be assigned with management's prior written approval.

5. **GUESTS:**

   (a) Residents are responsible for the conduct of the members of their household, their guests and visitors. Residents must require them to observe all relevant Community Rules and Regulations. Except when their guests or visitors are entering or leaving the Community, Resident shall accompany them at all times they are in the Community. Guests who are registered and residing in the Community with Resident under a Guest Registration or Special Occupancy Agreement are not required to be accompanied by Resident while in the Community. Residents are responsible for damage caused by the acts or negligence of members of their household, their guests and visitors.

   (b) Overnight guests staying more than twenty (20) consecutive days or thirty (30) days in a calendar year must be registered with Management. No guest shall be deemed registered until (1) a fully completed application for residency (less financial information) has been submitted to Management, (2) Management has given written permission for the occupancy, and (3) both Resident and the guest have signed the Community's Guest Registration Agreement.

   (c) Whether or not registered, and except as provided in California Civil Code sections 798.34 (b) & (c), 798.35, or as otherwise provided by law, Resident shall pay a guest fee as additional rent in the sum of $75.00 per adult guest for each calendar month or any portion thereof that an adult guest remains an occupant. (The requirement to pay a guest fee was a part of the rules in effect prior to January 1, 2000 and is not a new fee. See Civil Code § 798.25(e).) The additional rent will be automatically due and payable when Resident keeps any guest longer than twenty (20) consecutive days or thirty (30) days cumulatively in a calendar year. Management may waive this charge for good cause shown.

   (d) Guests are not permitted to occupy or use a Resident's home in Resident's absence, without prior written approval from management.

   (e) Pets belonging to guests are not permitted in the Community.

6. **PAYMENT OF RENTS:** Rents are due and payable in advance by check or money order, on the first day of each month without offset or deduction. If rental started after the 1st day of the month, the second month will be prorated. A $40.00 late fee will be charged for any rent not received by the 6th day of the month. Interest at the rate of 10% per annum will accrue on amounts one month or more past due. However, this provision shall not be construed as a waiver of Park's right to demand timely payment of rent when due. A $35.00 fee will be charged for any check returned by the bank for any reason. Park may increase the above charges by giving Resident 30 days written notice. The above fees are cumulative, and are in addition to any other remedy the Park may have. Unless prohibited by the application of local ordinance or other law, the above fees are deemed additional rent.

7. **FACILITIES:** The common facilities are for the exclusive use of Residents and their accompanied guests. When used, they must be left in condition as good as that in which they were found. Special rules governing the use of these facilities are posted at the facilities and must be observed.

8. **WATER USAGE:** Water shall not be wasted or left running unattended. Washing of automobiles, mobilehomes, and recreational vehicles in the Community is permitted, but water conservation must be observed. During times of declared drought or other water shortages, Residents are to comply with water usage guidelines as set out by Management, the water company that supplies water to the Community, and governmental agencies having jurisdiction.

9. **GARBAGE AND REFUSE DISPOSAL:** All garbage shall be properly wrapped and deposited with other trash in appropriate containers. Each Homesite must have weekly pickup of garbage/trash by the local waste hauler. Trash containers must be placed at the front of the home, adjacent to the street for pickup and must be returned to the rear of the mobilehome following pickup by the end of the day. Trash which cannot be placed in garbage containers will not be hauled and must be removed from the park by Resident. Containers must be stored out of sight. No refuse may be left outside anywhere in the Community.

10. **PETS:** Except as required by California Civil Code sections 54.1, 798.33, Penal Code section 365.5(d), (e), and (f), the Americans with Disabilities Act, and these rules, Residents may not keep or bring pets into the Community. No other pets will be allowed.

    (a) Written permission is required before any pet may be brought into the Community. Residents desiring to keep a pet are required to sign the Community's pet agreement.

    (b) Residents occupying mobilehomes as defined in Civil Code Section 798.3 are permitted one, and only one, inside dog or cat and a reasonable number of inside birds in a cage or aquatic animals maintained in an aquarium. Poultry, loud parrots, and barnyard or undomesticated animals are prohibited. Animal breeding is not allowed in the Community.

    (c) A dog will be permitted only if, at maturity, it will not exceed 16 inches in height when measured at the top of the front shoulders and 35 pounds in weight, and does not bark excessively or exhibit aggressive behavior. Pit bull terriers, hybrid wolves, chows, rottweilers, dobermans, bull mastiffs, and other large or powerful dogs or breeds historically known to be bred for fighting, including all aggressive acting animals, are prohibited.

    (d) Except as otherwise required by California Civil Code, Section 798.33, a dog may be permitted where it is a guide dog, a signal dog, or a service dog as defined in Penal Code Section 365.5 subdivisions (d), (e), and (f), or Civil Code Section 54.1, but only if Resident provides documentation establishing the need for such an animal. A specific dog not meeting the above

requirements or another pet may be permitted if it is required as a reasonable accommodation under the Americans with Disabilities Act or the California Fair Employment and Housing Act. Resident must provide documentation acceptable to management establishing the need for such an animal by providing, for example, a letter signed by the Resident's physician on his or her letterhead stating the specific reason the identified animal is required and what disability will by accommodated by the Resident keeping the animal.

(e) Pets may not be left unsupervised outside the pet owner's residence and are not permitted to enter any of the common facilities of the Community or the Homesite of another Resident. Pets must be kept inside the mobilehome at all times except when taken for exercise. When taken for exercise, pets must be on a short leash and must be taken outside of the Community.

(f) Residents are required to control their pets so they do not substantially annoy other Residents or tenants.

(g) Residents are required to immediately clean up any waste and repair any damage made by their pet. Animal droppings found on Homesites must be picked up and properly disposed of daily.

(h) No pet's food or drink is to be placed or maintained outdoors.

(i) No exterior pet housing is permitted in the Community. This includes, but is not limited to, any type of confining barricade or structure.

(j) Guests are not permitted to bring pets into the Community.

(k) Kenneling or "pet-sitting" of animals is not allowed.

(l) All dogs or cats should have a collar for identification showing the name of homeowner/resident and the space number or phone number.

(m) Full description and photograph of pet must be on file with Management at all times for consent to be valid.

(n) Residents are reminded that the California Code of Regulations, Title 25, § 1114(a) states: "Dogs and other domestic animals, and cats (domestic or feral) shall not be permitted to roam at large (free) in any park." Therefore, dogs, cats, or other domestic animals found at large (free) in the Community will normally be turned over to Animal Control or other appropriate authority. If the loose animal has proper identification, and as determined in management's sole opinion does not appear to be a present threat to management or other residents, and the pet's owner is home, it will be turned over to the pet's owner, with a warning. Subsequent occurrences may invite a formal Notice to Comply with Community Rules and Regulations.

(o) Repeated violation of any of the rules regarding pets, including those contained in the Community's Pet Agreement, is cause for revoking permission to keep the pet in the Community. Upon Management's request, Resident shall immediately remove from the Community any animal found to be in violation of an applicable rule, ordinance, or law regarding the retention and control of animals or pets. Failure to comply with the pet rules may lead to termination of tenancy.

11. CONDUCT:

(a) Disturbances of the peace as defined in California Penal Code Section 415 or other actions constituting a substantial annoyance to other residents of the Community are prohibited.

(b) Activities constituting a danger to persons or property, or that create an unreasonable risk to the health and safety of others, or that substantially annoy other residents are not permitted. This includes, but is not limited to, any unusual, disturbing or excessive noise, public intoxication, quarreling, threatening, fighting, immoral or illegal conduct, speeding, throwing things, profanity, or rude, boisterous, objectionable or abusive language or conduct. Persons under the influence of alcohol or any other substance are not permitted in any area of the Community generally open to Residents and guests. Between the hours of 10:00 p.m. and 8:00 a.m., there shall be no unreasonable noises such as loud talking, the loud playing of radios, stereos, televisions, or musical instruments, loud power tools, revving of engines, or other disturbing noises. For the purpose of this rule, Management shall be the sole arbiter in determining whether the noise is unreasonable.

(c) No nuisance or waste is permitted. Residents and their guests shall not encroach or trespass on any Resident's space or trespass on any area that is not open for general use by Residents and their guests.

(d) The sound volume of vehicle radios, CD, or tape players shall not be played at unreasonable levels or so loud as to cause written complaints from two or more households (spaces). Management will be the sole arbiter of the reasonableness of the sound level.

(e) Park's property not intended for use by Residents and guests shall be avoided and not used, tampered with, or obstructed in any way without prior written permission of Park. This includes, but is not limited to the Park's tools, materials, equipment, vehicles, gas, electric, water and sewer lines or their connections, meters or panels.

(f) Written Complaints. Residents are requested to address their complaints to management in writing to assure accuracy of the facts and that Management gets the "whole" picture as to the matter addressed. Residents understand that complaints made in writing greatly enhance management's effectiveness in enforcing the Community Rules and regulations. A written complaint demonstrates the Resident's sincerity and commitment to having a matter resolved.

12. VEHICLES

   (a) TYPES OF VEHICLES PERMITTED: To protect the residential atmosphere and tranquillity, only automobiles, pickups, and vans, designed and used primarily for personal use will be allowed in the Community. Residents are not allowed to store or base any commercial vehicle in the Community without prior written permission of Park. Unless prior written permission is obtained from Management, Commercial vehicles may enter the Community only on official business to perform work previously noticed to, and authorized by, Management.

   (b) MOTORCYCLES. Motorcycles, minibikes, mopeds, and other small motorized vehicles of any kind shall not be operated or stored in the Community without prior written permission from Management. Permission will not be granted unless the vehicles are licensed, and will be operated quietly and safely and may be revoked by Management at any time. These vehicles may be operated within the Community only as transportation to and from the park entrance and Resident's home. Guests with motorcycles must park them outside the Community.

   (c) PARKING. VEHICLES PARKED ANYWHERE IN THE COMMUNITY IN VIOLATION OF PARK RULES MAY BE TOWED AND STORED AT THE VEHICLE OWNER'S EXPENSE, EVEN IF PARKED IN THE RESIDENT'S DRIVEWAY. (Civil Code Section 798.28.5)

      (1) NO STREET PARKING IS PERMITTED. The streets within this community are narrower than conventional city streets and are in compliance with construction standards for mobilehome parks in California. Some of the streets within the mobilehome park are designated "Fire Lanes" and as such are under the jurisdiction of the local fire department. Vehicles found parked in the street may be towed at the vehicle owner's expense. No street parking is permitted.

      (2) OFF-STREET PARKING. Off-street parking is limited to the number of automobiles which can be parked in the individual carport space. There will be no parking or storage of travel trailers, boats, large trucks, campers, motor homes, or any other recreational vehicles (RV's), or commercial vehicles permitted at Homesite without prior written approval of management. At no time will any of the above vehicles be permitted to park if they are unable or too tall to fit completely under the carport awning. Ask Manager for information concerning space available for these vehicles. Residents may park only in their own driveways or assigned space.

      (3) GUEST PARKING. Space for guest parking is limited. The guests' vehicles must be parked in the areas designated for guest parking. Guest vehicles may remain in the Community only while visiting the Resident. Park reserves the right to restrict the number of guests bringing automobiles or other vehicles into the Park and Resident shall require their guests to cooperate with Management's requests.

   (d) SAFETY. For everyone's safety and well being, all persons operating a vehicle in the Community must drive safely, slowly, and observe carefully all posted signs. Residents are responsible for the conduct of all members of their household, their guests and visitors.

   (e) WASHING VEHICLES. Water conservation rules must be practiced when washing automobiles, mobilehomes or recreational vehicles in the Community. (See Water Usage, above.) Only Resident's vehicles may be washed in the Community.

   (f) BICYCLES. Bicycles must be operated safely and parked neatly on the owner's space when not in use. Bicycles may only be ridden on the roadways and not on sidewalks, grass, vacant spaces or any other paved area. Bicyclists must obey the same traffic regulations as other vehicle operators. Bicyclists shall be required to wear helmets when riding in the Community whenever helmets would otherwise be required if the bicyclist were riding on a public highway or bicycle trail. Anyone found riding negligently or in violation of these rules may be barred from riding in the Community.

   (g) VEHICLE REPAIRS. To protect the Community atmosphere, no vehicle repairs, service or painting may be performed within the Community. For the protection of the environment, no oil changes, radiator flushes, or brake jobs shall be done on the premises. Vehicles should be taken to a service facility designed for that purpose. No automobile may be up on jacks for more time than is necessary to facilitate tire change. Engines of vehicles or equipment shall not be permitted to idle for excessive periods.

   (h) ENVIRONMENTAL CONCERNS. Vehicles leaking fluids on the ground other than water or vehicles having loud mufflers must be immediately removed from the Community.

   (i) DISABLED, DAMAGED, UNREGISTERED, NON-USE, OR DERELICT VEHICLES: Disabled vehicles, damaged vehicles, unregistered vehicles, vehicles with expired tags or not in regular use may not be stored on the Homesite or anywhere else in the Community. (They should be taken to a proper storage facility). Vehicles with unsightly damage must be promptly repaired or removed from the Community upon notice from Management. Vehicle registrations must be maintained current

at all times. Vehicles registered "Non-Op" or with expired tags are legally inoperable on public roadways and may not be stored in the Community.

(j) VEHICLE STORAGE. Storage of boats, campers, camper shells, motorhomes, dune buggies, trail bikes, other off road vehicles, recreational vehicles, or trailers of any kind, will NOT be permitted on any mobilehome space or on any parking space within the Community. However, they may be parked in the Resident's parking space or driveway only long enough to load or unload prior to and after using the same for recreational purposes, but in no event for longer than eight (8) hours and not overnight. This rule may be excepted in specific instances by written permission of Management in Managements sole discretion. Management provides a designated area for storage of approved recreational vehicles for an additional charge on a first come first serve basis.

13. BALL PLAYING, THROWING OBJECTS, SKATING, BRANDISHING WEAPONS, and Etc.: Mobilehome communities are unique in that the homes are placed in close proximity to each other and the streets. Many mobilehomes have fragile siding or skirting and are easily damaged. Other dangers exist where automobiles are parked. Therefore, for everyone's safety and the protection of property, NO ball playing, throwing objects of any kind, skateboarding, roller skating, or "in-line" skating are permitted in the streets or parking areas of the Community. Other play activities, not a danger to persons or property are permitted, provided the participants do not interfere with traffic or endanger themselves. Firearms, BB guns, slingshots, and anything else considered to be a weapon or commonly recognized as having a primary use to harm a person, an animal or to destroy property is not to be displayed in the Community. Any such display may constitute a substantial annoyance to other homeowners or residents and be cause for termination of tenancy. (CC§798.56(b))

14. SIGNS and POSTING NOTICES:

(a) No "For Sale" signs are permitted other than as specifically provided for under California Civil Code section 798.70 for the sale of the mobilehome.

(b) No more than one political campaign sign relating to a candidate for election to public office or to the initiative, referendum, or recall process may be posted on a Homeowner's mobilehome site. Pursuant to Civil Code Section 798.51(e), the face of the sign may not exceed six square feet and shall not be posted earlier than 90 days before the election nor more than 15 days following the election. If a local ordinance is more restrictive, the more restrictive specifications as to size and posting time shall apply.

(c) Subject to applicable laws and ordinances, nothing may be posted in the Community without the prior written consent of Park. Park reserves the right to remove materials wherever posted in the Community if Park, in its sole discretion, deems the material to be objectionable or contrary to the best interest of Park or the Residents.

15. MAINTENANCE OF HOME AND ACCESSORIES: Residents shall maintain their home exteriors and accessories in a clean, safe and attractive condition at all times. Homes and accessories must at all times comply with local ordinances and state and federal laws. All electrical, water, sewer and gas connections must be kept in good, safe and leak-proof condition. Residents are required to obtain Management's prior written approval before undertaking any major repair, any repair requiring the use of toxic substances, any repair requiring a permit, or any outdoor painting. Homeowners must provide Park Management with copies of any permits obtained prior to beginning work. Management must approve paint color prior to repainting the Mobilehome or accessories. No appliances may be visible outside the home except for air conditioners installed in accordance with the Rental Agreement and Management's written approval. Tongue and hitch covers are required for homes without removable tongues. Holiday lighting on the exterior of homes and accessories or the lot is permitted only for a reasonable time before and after the Holiday for which it is being displayed and must be uninstalled and put away until the next season. For example, Christmas lighting may be installed on Thanksgiving Day and must be removed by January 15th.

The following conditions shall be corrected within a reasonable time when a defect becomes conspicuous and the Resident has been advised:

(a) Paint that is faded, chipped, peeling, or having the appearance of rust or other corrosion.
(b) Broken screens, windows, doors, access panels.
(c) Window coverings (inside or out) that are improper, made of aluminum foil or other reflective materials, poorly maintained, or distractive to the orderly appearance of the Community in Management's sole but reasonable discretion.
(d) Dented, bent, buckled, missing, deteriorated, or poorly installed and maintained skirting, awnings or support post. (Buckled or damaged skirting may indicate the Mobilehome needs re-leveling).
(e) Torn, ragged, or heavily soiled carpet on steps or porch.
(f) An obvious out-of-level condition of a home, porch, or steps.
(g) Unsafe, exposed, or inoperative electrical connections or fixtures.
(h) Improperly installed or maintained gas, electrical, sewer, or water connections.
(i) Swamp coolers or air conditioners leaking water or otherwise not functioning as designed.
(j) Improperly maintained or protected outdoor appliances.
(k) Improperly maintained tongue or hitch covers.
(l) Any other conspicuous disrepair or deficiency noticeable to the casual observer.

Homeowners are responsible for maintaining or upgrading as necessary the support structures of the mobilehome, porch, carport and awnings to correct for damage caused sustained by any cause including earth movement or improper drainage.

16. **MAINTENANCE OF SPACE:** Residents shall maintain their space in a clean, uncluttered, and attractive appearance at all times. Resident is responsible for the control and maintenance of all vegetation on his or her lot, including any vegetation existing at the time of taking occupancy. Management may charge a reasonable fee for services relating to the maintenance of the land and premises upon which a home is situated in the event the homeowner fails to maintain the land or premises in accordance with the Community rules and regulations. Management's right to enforce this rule in this manner shall not be exclusive.

    (a) All vegetation and landscaping on the lot must be maintained to Management's standards, i.e., clean, watered, fertilized, trimmed, pruned, weeded, mowed, edged, and contained within the Homesite to keep a neat and attractive appearance at all times. Residents shall maintain all flowers and shrubs and, except as otherwise required by California Civil Code section 798.37.5, shall keep trees pruned as necessary. The planting or removal of trees and hedges must have Management's prior approval. Residents may only plant trees that will grow less than six (6) feet tall when fully mature and that has a trunk diameter of less than five (5) inches. No trees may be planted except in appropriate containers with bottoms. Except as otherwise provided by law, all improvements permanently attached to the Homesite or premises shall be maintained by the Resident, shall become the property of Park, and may not be removed without prior written approval of Park. All new landscaping must comply with the Park's Landscaping Standards. Subject to the limitations of Civil Code section 798.37.5, Management may require Residents to remove unsuitable or unapproved trees, shrubs or improvements at Resident's expense and Residents shall do so. Residents may not use unsightly cans, pails, or containers as flower pots or refuse containers and shall remove them upon notice.

    (b) To avoid harm to underground facilities, Residents must have management consent before digging or driving stakes into the ground at a depth greater than six (6) inches. The utilities on each lot are to be kept unobstructed and accessible at all times.

    (c) The area surrounding Community utility meters must be kept clear of foliage, debris or obstructions so that the meters are accessible for reading, maintenance and emergency access. Except as otherwise specifically limited by California Civil Code section 798.37.5, Residents shall keep shrubs, trees or other vegetation trimmed back from the curb line, around street lights, gas, water, sewer, and electrical lines and connections meter boxes and all other utility junctions to give Park management clear access to such items at all times.

    (d) Lots and gutters must be kept free of weeds, dead plants and foliage, and litter. Sweeping or hosing dirt, clippings or debris into the street or the neighboring space is prohibited. Clippings, litter, garden waste, household garbage, and other refuse must be placed in appropriate disposal receptacles and not stored on Resident's porch or in the yard of Resident's lot. Garbage must be placed in plastic bags and deposited in proper receptacles.

    (e) Conventional refuse and recyclable containers must be kept on Resident's lot in an appropriate location as determined by management; typically out of sight, in a storage shed, or next to the home toward the rear one-half of the lot in a neat and clean fashion (except on refuse pick-up days when they should be placed near the street. The containers must be made of plastic or metal and have matching lids on them at all times.

    (f) Storage: See Rule 17.

    (g) All paved surfaces must be kept clean and free of oil, stains, or substances that may cause damage or present a hazard to any person. Driveway color may not be changed without management's written approval. Resident installed driveways, i.e., not installed by Management, shall be continuously maintained (repaired or replaced) by Resident and their successors at their expense.

    (h) No towels, rugs, sheets, clothing, or laundry of any description may be hung outside the home at anytime. No clothes or laundry lines are permitted.

    (i) For safety reasons, Residents and their guests are not permitted to climb into the trees, utility fences, or on the power poles. Trimming of branches near power lines must be done by an experienced tree professional and should not be attempted by any resident.

17. **STORAGE:**

    (a) <u>Under the Home:</u> Wheels, hitches and other items permitted by law are the only objects that may be stored under the home, but must be out of sight. Residents of trailers and recreational vehicles may not store any objects under their trailer or recreational vehicle.

    (b) <u>Outside:</u> Outdoor patio furniture, operable bicycles, outdoor toys in good condition, refuse containers with tight fitting lids, recyclable containers, and barbecue equipment in good condition are the only items that may be stored on the space outside the home or storage shed. No other items may be stored outside without written permission of Management. All trash, other toys, debris, boxes, barrels, brooms, tools, ladders, recyclables, and etc., must be stored out of sight. Porches and carports are not to be used for storage. Nothing may be stored on top of a storage shed or cabinet.

    (c) <u>Storage of Dangerous Materials:</u> Except for normal quantities of appropriate chemicals and materials customarily used for household purposes and stored in a safe manner, Residents are prohibited from storing hazardous, combustible, flammable,

explosive, or toxic chemicals or materials of any kind anywhere within their homes, storage sheds, vehicles, or anywhere else on the lot.

18. STORAGE SHEDS and CABINETS : A maximum of two (2) storage sheds or cabinets with a combined total area of 120 square feet or less, constructed of metal, synthetic materials, or prefabricated wood product approved by management are allowed on each mobilehome space. The design and color must not conflict with general decor of the home. Resident must secure prior written permission from Management before constructing, installing, locating, or changing the color of any storage cabinet. New sheds may be constructed of wood if the shed is professionally designed constructed of prefabricated materials and components. Residents are reminded that sheds or cabinets constructed of flammable materials may not be placed within three feet of a mobilehome, accessory building or lot line. Prior to constructing, installing, locating, or changing a shed or storage cabinet, the Resident must provide a written request to management which includes a plot plan with the proposed size and location of the storage shed and its location on the lot relative to other structures and lot lines. The plan must also include the materials to be used for the construction of the shed. Written permission from management is required prior to the work commencing.

19. APPLIANCES: Before installing major appliances, such as washing machines, clothes dryers, air conditioning units, space heaters, freezers, and etc., Resident must obtain the prior written approval of Management. Installation may be permitted if the electrical capacity of the space permits. However, no window mounted air conditioning or cooling units are allowed. Mobilehomes with existing window mounted units are grandfathered as of January 1, 2007 provided they otherwise conform to applicable codes. If electrical capacity permits, air conditioning or cooling units, may be installed on the roof top or ground but must coordinate with the mobilehome. Management must approve the location and type of all outside air conditioning units. All interior air conditioning units may not exceed 1500 watts at 110 volts. Hot tubs are not permitted unless powered by a properly grounded portable extension cord to the mobilehome that is disconnected from the home when the hot tub is not in use. All electrical, water, gas, and sewer connections must be maintained to code, be kept in good, sanitary, safe and leak proof condition at all times, and be appropriate to the type of receptacle to which they are being attached.

   (a) Large Appliances: Large electrical or gas appliances, including but not limited to refrigerators, freezers, washers, dryers, stoves, table saws, generators, compressors, spray equipment, or outboard motors, shall NOT be located outside a home or cabana.

   (b) Outside Appliances: Electrical or gas appliances installed in an outside storage cabinet or covered area outside a home or cabana that were installed previously with park permission and a permit where required, may continue in use provided the structure which houses the appliance is maintained in good condition in accordance with Community rules and regulations and applicable codes. However, on resale of the mobilehome, no appliances may continue in use outside the mobilehome or cabana, but must be removed. Sellers are required to advise prospective purchasers.

20. ANTENNAS & SATELLITE DISHES: No outside antennas or satellite dishes shall be installed or maintained without the prior written permission of Park. No "ham" or "CB" radio antennas shall be installed or maintained on mobilehomes. Radio transmitting is NOT permitted in the Community. Except as otherwise required by law, any installation of a satellite dish or antenna shall be at the rear one half of the mobilehome if an acceptable signal can be obtained there. Both satellite dishes and antennas must be properly secured to Resident's home and not to any park-owned fixture. Satellite dishes are limited to one meter in diameter and may not be mounted on a base that raises the bottom of the dish higher than six inches above the lowest point on the roof of the home.

21. STEPS, PORCHES, SKIRTING: All mobilehomes entering the Community must be skirted within thirty (30) days of installation. Any new or replacement skirting must be of the same material as the existing skirting or siding on the mobilehome unless prior written approval has been obtained from Park. All steps and porches must comply with the Department of Housing and Community Development (HCD) requirements. The porches must have Management approved railings and be properly finished with stains/paints and/or outdoor carpets. The porches must be fully skirted with the same material used on the mobilehome or other material approved by Management. Steps and railings made from wood conforming to code are permitted provided they are maintained painted or stained to harmonize with the color theme of the mobilehome. Any change in color must receive the prior written approval of Management. Front and rear steps are required and must be constructed of metal or wood treated with weather-resistant material. The steps must have Management approved handrails and be covered with outdoor carpet or other Management approved material. Any carpet installed on the porch, steps, deck or patios must be outdoor carpet, and metal strips must be installed to prevent carpet from becoming frayed or unraveled.

22. NEW INSTALLATIONS: Mobilehomes, cabanas, ramadas, porches, or decks may not be installed or replaced in the Community except with prior written permission of Management. Management reserves the right to approve or disapprove the entry of any mobilehome into the Community or the construction of any cabana, ramada, porch, or deck that it deems in its sole discretion to be unsuitable or substandard for the Community. In addition, replacement mobilehomes must be new or no older than 10 years from the date of application and be in the same or better condition as the unit being replaced. Tongues and hitches must be removed upon installation of the mobilehome or covered in a manner approved by Management in writing. Mobilehomes are required to have a carport and awnings. Plans with adequate drawings for any new or replacement mobilehome, cabana, ramada, porch, deck, carport, or awning, describing the color scheme, manner of installation, location, and orientation on the lot must be submitted to management and approved in writing before the mobilehome or any materials for construction are permitted to enter the Community and construction begins. No installation shall be approved unless a copy of the manufacturer's installation specifications have been filed with the Community office. All site preparation required to meet manufacturer's specifications and State requirements shall be done at the sole expense of the person responsible for the installation of the mobilehome. Recreational vehicles located in the Community for more than three (3) months shall be connected to the lot drain

inlet by means of a drain connector consisting of approved pipe not less than schedule 40 with approved flexible connector provided at the lot drain inlet end of the pipe (T-25 §1358). All work requiring a permit from the HCD or the local code enforcement authority must have park managements prior written approval. Homeowners must obtain and provide Park Management with a copy of any required government-issued permits prior to the commencement of the work. <u>Resident is reminded that the park's electrical service is limited to 50 amp service on each lot and Resident may not install or maintain any installation or appliance that may require an increase in that service.</u>

23. <u>SITE IMPROVEMENTS</u>: Decorating, landscaping, and other site improvements on the mobilehome space must be installed or incorporated to management's standards and applicable laws. Changes in space layout, structural additions, fencing, paving, or landscaping shall be made only with the prior written permission of Park. All requests must be submitted in writing and be accompanied by adequate drawings. Once approved by Park, changes or additions must be commenced and, if possible, completed within sixty (60) days after approval. The installation of the improvement shall be completed only in accordance with the requirements stated in the letter of approval from Park and applicable codes and regulations. Homeowners may therefore be required to remove, at their expense, a structure that is not in compliance with the law, or be required to correct violations, notwithstanding Park approval. Permission for changes or additions will automatically expire if not completed within 120 days of approval and all partial construction and unused materials must be removed, restoring the mobilehome and lot to its previous condition in accordance with these rules and applicable codes and regulations.

    (a) <u>Out buildings.</u> Out buildings approved by Park shall be maintained by the Resident and shall be considered the property of the Resident. Unless otherwise approved by Park, outbuildings must be removed at the time of sale or removal of the mobilehome and the lot restored to a clean and ready to use condition.

    (b) <u>Hot tubs</u>. Hot tubs are not permitted unless powered by a properly grounded portable extension cord to the mobilehome that is disconnected from the home when the hot tub is not in use. Hot tubs otherwise previously installed with permits and written authorization of park management may remain.

    (c) <u>Fences.</u> No fences may be erected without Management's prior written approval. Drawings and a materials list must be submitted to park management for approval prior to the delivery of materials or the commencement of construction. Management reserves the right to limit the height, color, materials and setbacks to those that management deems prudent for the particular lot. Once approved and installed, Resident must maintain the fence to the standards approved for that lot. Clearance for fire and other emergency access between the home and the fence must be maintained at all times.

    (d) <u>Paving.</u> Paving may not be installed or replaced without management's written permission and must be of a material and color acceptable to Management.

    (e) <u>Trees.</u> Residents may only plant trees that will grow less than six (6) feet tall when fully mature and that have a trunk diameter of less than five (5) inches. No trees may be planted except in appropriate containers with bottoms. New trees, approved by Management, may only be planted in barrels or other suitable containers and may not be planted in the ground.

    (f) <u>Plants.</u> Residents may use any combination of lawn, shrubs, or flowers, but must have prior written approval of landscape plans by Management before implementation. Vegetation will be prohibited when, in the sole opinion of Management, it would tend to interfere with utilities, road or pathways, or detract from rather than add to the appeal of the Community.

    (g) <u>Removal.</u> Residents may be required to remove at Resident's expense any fences, paving, trees, shrubs, plants, volunteers, accessories, equipment, appliances, or other improvements deemed by Park to be unsuitable for the Community and shall do so within 10 days of receipt of a written request from Park Management unless the time is extended by mutual agreement in writing.

24. <u>UNDERGROUND UTILITIES:</u> Underground utilities have been installed and easements granted or reserved throughout the Community. Residents must obtain prior written permission from Park before digging or driving rods or stakes into the ground as this may damage the underground facilities and could result in injury and expense to Resident. No storage sheds, patios, sidewalks, trees, or other encroachments are permitted over easements. The Resident shall be responsible for the additional costs required to gain access or to repair damage to underground utilities where the impediment to access or the resultant damage was caused by an act or omission by Resident or Resident's agents.

25. <u>INSURING PROPER DRAINAGE</u>: It is the Resident's responsibility to assist Management in assuring the natural flow and drainage of water on the Homesite. This requires that the Residents do no act or maintain any condition that would impede the natural flow and drainage of water or assist in the buildup of water. Residents are required to use proper irrigation techniques and conserve water. It is suggested that Resident "level" the home on a regular basis and install adequate rain gutters on the roof with properly routed drains. Residents shall be responsible for correcting any drainage problems that result from Resident changes to the grade, soil level, Resident installation or maintenance of paving, and erosion resulting from Resident's watering system or roof runoff. The Resident must maintain drainage adequate to prevent 1) overflow into adjoining Park spaces, 2) improper channeling of drainage, or 3) the collection of standing water.

26. <u>CONTRACTORS:</u> Residents are required to advise management and obtain prior written consent before inviting any contractor into the park to do work on anything other than the interior of Resident's home. Residents are encouraged to require their contractors to carry adequate general liability insurance as Resident will be held liable for any injury or damage caused by their invited contractor.

27. TRANSFER REQUIREMENTS:

   (a) Resident shall notify management in writing of his or her intent to sell the mobilehome and of the identity of agents who will be employed to assist in the sale of the mobilehome. Management requires this information so that it can inform the agents of park requirements and facilitate an efficient transaction. Prior to the resale or transfer of ownership of a mobilehome intended to remain in the Community, Resident shall solicit written approval from Park to sell or transfer the mobilehome in place. At the same time this notice is given to Park, Resident shall request a Park inspection of the exterior of Resident's mobilehome, its appurtenances, accessory structures, and the space it occupies.

   (b) In an effort to reduce the fire and safety hazard to other residents in the Community and to a transferee who intends to reside in the Community, and to assure that substandard mobilehomes do not remain in the Community on transfer of ownership, it is urged that mobilehomes being sold or transferred in-place be inspected for substandard condition, hazardous defects and code compliance by the Housing and Community Development Department or another similarly qualified entity. A copy of any inspection and any reinspection following correction shall be provided to Park as soon as it is available.

   (c) Defects or conditions rendering the mobilehome substandard in accordance with Title 25, section 1606 or illegal to sell in accordance with Health and Safety Code Section 18025, or defects or conditions amounting to a violation of an applicable ordinance, statute or regulation and that are related to the exterior of the mobilehome, its appurtenances, or accessory structures, must be promptly corrected. If not promptly corrected, the transfer of the mobilehome in the Community and the occupancy of the mobilehome by any new Resident will not be permitted.

   (d) Where the mobilehome is to remain in the Community after the sale or transfer of any ownership, all of the following items must be completed, received, and approved by Park before the new owner(s) will have any rights of tenancy in the Community:

      (1) From the Resident:
         (A) Confirmation that Resident has completed all repairs or improvements related to the exterior of the mobilehome, its appurtenances, and accessory structures as stated in a written summary provided by management in accordance with California Civil Code Section 798.73.5.
         (B) All terms of the rental agreement must have been performed by Resident or expressly waived by Management.

      (2) From the prospective Resident(s):
         (A) A completely filled out application for tenancy including a copy of the agreement to sell or transfer.
         (B) A face to face interview with Community management.
         (C) A new fully executed park rental agreement approved by management.
         (D) A fully executed copy of the current Community Rules & Regulations.
         (E) A copy of the Community's State-required Mobilehome Park Rental Agreement Disclosure that has been acknowledged in writing as received at least three working days prior to the signing of the rental agreement.
         (F) The new mobilehome owner(s) shall have paid their first month's rent, security deposit, and other charges for the space as required by the rental agreement.

Unless and until the Rental Agreement to which these rules apply has been terminated by law or with Park approval, Resident shall continue to be bound by all of its provisions, including these rules, even after sale of the mobilehome to a third party.

RVs may not be transferred or sold in the Community except with prior written permission from management which may be withheld in accordance with Civil Code § 798.73.

28. VACATING TENANCY AND REMOVAL OF MOBILEHOME:

   (a) In compliance with the California Civil Code, Section 798.59, a homeowner shall give written notice to the management of not less than 60 days before vacating his or her tenancy. If less than a 60 day written notice is received by management before vacating the tenancy, Resident shall be responsible for 60 days rent and other Community charges following the date of the notice. If no notice was given prior to surrender of the space, Resident shall be responsible for 60 days rent from the date of surrender. If Management approves a successor tenant for that space prior to the expiration of the 60 days, the Resident's obligation will terminate coincident with the beginning of the new tenancy.

   (b) When the mobilehome is removed from the space, Resident shall thoroughly clean the lot, repair any damage, and perform any necessary landscape maintenance prior to surrendering space to management. At Management's option, Resident shall, at his expense when surrendering the lot, remove all alterations, additions, or improvements installed by Resident, and shall repair all damage to the premises caused by the removal.

   (c) Park may require the removal of a mobilehome deemed to be substandard as defined in Title 25, Section 1606 at any time.

   (d) Park may require the removal of a mobilehome at the time of transfer of the mobilehome, in order to upgrade the quality of the Community pursuant to Civil Code § 798.73.

29. **REGISTRATION CARDS/CERTIFICATES:** Upon request, Resident must promptly provide a copy of the current registration for the mobilehome to management. A copy of the registration card or certificate shall promptly be provided to Management each time the registration is renewed or changed. Resident shall promptly inform Management in writing if there is any change in the legal or equitable title to the home.

30. **COMPLIANCE WITH LAWS, REGULATIONS, AND ORDINANCES AND RULES:**
Residents, guests and visitors must comply with all federal, state and local laws or ordinances and regulations governing mobilehome communities. Mobilehomes shall be maintained at all times in compliance with all applicable Health and Safety Codes, Title 25 regulations, Vehicle Codes, and all other applicable State laws, local ordinances, and regulations. Residents shall not commit any act that would constitute a violation or a nuisance or place Management in violation of any of the above. Residents shall comply with all notices of violation of laws, ordinances, or regulations from any federal, state, or local enforcement agency. Failure to do so in a timely manner shall be considered a violation of these rules and may be grounds for termination of tenancy.

31. **COMPLIANCE WITH LEASE OR RENTAL AGREEMENT:**
Resident shall comply with the terms of the lease or rental agreement to which these rules attach. A violation of any term of the lease or rental agreement shall be deemed a violation of this rule and a breach of the lease or rental agreement.

32. **ADDITIONAL RULES INCORPORATED BY REFERENCE:**
Rules and regulations pertaining to the use of the laundry room, garbage collection area, streets, parking, and other Community facilities are posted in those respective areas. Separate rules may be promulgated for recreational and other community facilities from time to time in accordance with applicable law. Resident understands that rules and regulations posted or separately printed and distributed are deemed incorporated by reference into these rules and regulations at this point and into any rental agreement between Park and Resident. Residents and their guests must comply with these community rules and regulations, and the special rules governing the use of recreational and other community facilities. Any violation of these rules and regulations by a Resident, members of their household or their guests and visitors shall constitute a violation of the lease or rental agreement and if not timely cured following legal notice shall constitute a basis for termination of tenancy.

33. **WAIVER:** Failure of Park to exercise its right to enforce any provision hereof after any default by a Resident, shall not be deemed a waiver of Park's right to enforce the same provision with other residents or a waiver of Park's right to enforce any other part of the Rules and Regulations. Failure of Park to enforce a provision on one occurrence shall not be deemed a waiver of Park's right to enforce the same provision on any later occurrence. Any ambiguity over whether Park has waived its right to enforce any provision of the Rules and Regulations shall be resolved in favor of no waiver having occurred.

34. **RULE CHANGES:** Park reserves the right to make changes or additions to the Community Rules and Regulations in accordance with Mobilehome Residency Law or other governing law as Park in its sole discretion may deem appropriate.

35. **SEVERABILITY:** If any provision of these rules or application thereof to any person or circumstance is held to be invalid, the part or application held to be invalid shall not affect other provisions or applications of these rules that can be given effect without the invalid provision or application, and to this end, the provisions of the rules are declared to be severable. These rules shall be liberally construed to achieve these purposes and to preserve their validity.

Management intends to promptly, equally and impartially obtain the cooperation and compliance of all residents with the Rules and Regulations and other conditions of residency. Resident recognizes, however, that Management's ability to obtain compliance is dependent upon a number of factors, including the cooperation of all residents and their guests, the nature and extent of the failure to comply, the expense and practicability of enforcement and the laws then in effect. Resident agrees, therefore, that the enforcement of the Rules and Regulations and conditions of tenancy are a private matter between Management and each Resident individually. Resident agrees that Resident is not a third party beneficiary of any agreement between Owner and any other Resident in the Community, including, but not limited to, agreements relevant to the Rules or the Park's Rental or Lease Agreements.

I/We understand that violation of these Rules and Regulations or posted Rules and Regulations shall constitute a violation of the Lease, Rental or Registration Agreement and will be a basis for termination of my tenancy or occupancy rights. I hereby waive any claim against Park based upon contradiction with law(s) and/or regulations(s) to any provision hereof, my sole remedy being limited to the voiding of such contradictory provision.

I/We have received and read a copy of these rules and regulations and agree to abide by the same including subsequent amendments made in accordance with the Mobilehome Residency Law to the extent these rules and regulations are allowed under applicable local, state, and federal, laws and regulations.

HOMEOWNER/RESIDENTS, by signing these rules and regulations, accept the premises and acknowledge that the premises are in safe and habitable condition and by execution hereof, release and agree to hold management, the owners, and their agents harmless from any claims or actions for damages to person or property arising out of the use of the premises, streets, sidewalks, and common areas of the Community. Management shall not be liable for damages for re-entering and taking possession of the premises pursuant to any Homeowner/Resident default or breach of these rules and regulations.

_____   _____   _____   _____
Resident                                   date                      Resident                                   date